**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ANISSA DAVIS,** | * | |
| **PLAINTIFF,** | * | |
| v. | * | **CASE NO. 1:16-CV-00442-UNA** |
| **SANTANDER BANK, N.A., AND VITAL RECOVERY SERVICES, LLC,** | * | |
| | * | |
| **DEFENDANTS.** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

The parties, by their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, all parties to bear their own respective fees and costs.

Dated: November 4, 2016
        Wilmington, Delaware

| | |
|---|---|
| LECLAIRRYAN | GARIBIAN LAW OFFICES, P.C. |
| */s/ Andrew L. Cole* | */s/ Antranig Garibian* |
| Andrew L. Cole (Bar No. 5712) | Antranig Garibian (Bar No. 4962) |
| 800 North King Street, Suite 303 | 1010 N. Bancroft Parkway, Suite 22 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19805 |
| (302) 394-6817 | (302) 722-6885 |
| andrew.cole@leclairryan.com | ag@garibianlaw.com |
| *Counsel for Santander Consumer USA, Inc.* | *Counsel for Plaintiff* |

SO ORDERED, this _____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE